LILLIAN H. GOETSCHIUS, Appellant, *v.* HAROLD E. FISHER et al., Individually and as Copartners, et al., Respondents.

Submitted November 13, 1939; decided November 21, 1939.

*Henry A. Steinbock* for motion.

*Florence J. Sullivan* opposed.

Motion denied, with leave to renew on argument of the appeal. Time within which to serve briefs extended ten days.